# United States Bankruptcy Court
# Northern District Of Ohio
## Notice of Filing Deficiency

**To:** Rochelle Johnson  **Case Number:** 17–13105–aih

**Debtor(s):** Rochelle Johnson  **Judge:** ARTHUR I HARRIS

**The items marked below are deficient and must be corrected by Various Dates, or this matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

- ☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

- ☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

- ☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

- ☐ Case: ☐ closed ☐ dismissed ☐ transferred

- ☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

- ☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

- ☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

- ☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

- ☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

- ☐ Form B121 required.

- ☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

- ☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

- ☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

- ☐ Order Regarding:

- ☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

- ☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

    - ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

    - ☐ Exhibit A is not attached ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

    - ☐ incorrect identification

- ☐ Signature Declaration missing.

☐ Signature must be:   ☐ original   ☐ /S/ signature for   ☐ attorney   ☐ debtor   ☐ creditor

☐ Other Deficient Matter(s):

**Comments/Instructions**
Missing Documents: Employee Income Record, Schedules A,B,C,D,G,H,I,and J, Means Test Form, Statement of Financial Affairs due 6/9/2017. Statement of Intention due by 6/23/2017.

**Deputy Clerk:** /s/N Brown    **Date:** May 30, 2017

**Form:** ohnb140