State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>03/05/2017<br>03/18/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STATB<br>000000016424960<br>03/31/2017 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | Federal | OH State |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 5 Mns 4 Dys<br>Longevity: 14 Yrs 5 Mns 1 Dys<br>Sen Credits: 428<br>Inst Credits: 379 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Exempt | N/A<br>2 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Roll Call Pay | 22.090000 | 4.00 | 88.36 | 28.50 | 629.61 |
| Regular Pay | 22.090000 | 64.00 | 1,413.76 | 432.00 | 9,542.88 |
| Sick Leave | 22.090000 | 16.00 | 353.44 | 32.00 | 706.88 |
| Laundry Uniform Pay | | | 7.70 | | 53.90 |
| Extra Hours Paid at Straight | 22.090000 | 6.80 | 150.22 | 13.20 | 291.60 |
| CompTime Earned | | | 0.00 | 14.10 | 0.00 |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 |
| Overtime | | | 0.00 | 63.50 | 2,104.08 |
| Personal Leave | | | 0.00 | 8.00 | 176.72 |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 |
| **TOTAL** | | **90.80** | **2,013.48** | **695.30** | **15,979.75** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed MED/EE | 27.58 | 220.35 |
| OH Withholding | 42.29 | 362.11 |
| OH GRAFTON Withholding | 28.52 | 227.94 |
| OH LORAIN Withholding | 19.02 | 151.94 |
| Fed Withholdng | 0.00 | 478.15 |
| **TOTAL** | **117.41** | **1,440.49** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Retirement | 200.58 | 1,592.58 |
| Health Insurance | 111.92 | 783.44 |
| Deferred Compensation | 15.00 | 105.00 |
| **TOTAL** | **327.50** | **2,481.02** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Tsr People Qualified AFSCME | 1.00 | 7.00 |
| OCSEA Union Dues | 22.09 | 154.63 |
| Union Computer Purchase Progra | 25.65 | 179.55 |
| Colonial Life Hlth Accident | 39.86 | 159.44 |
| Benefits Trust Supp Life Ins | 0.00 | 83.46 |
| **TOTAL** | **88.60** | **584.08** *TAXABLE |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Retirement | 280.81 | 2,229.62 |
| Health Insurance | 633.12 | 4,431.84 |
| Disability Insurance | 14.14 | 98.98 |
| Union Benefits Trust 1 | 0.00 | 246.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,013.48 | 1,685.98 | 117.41 | 416.10 | 1,479.97 |
| YTD | 15,979.75 | 13,498.73 | 1,440.49 | 3,065.10 | 11,474.16 |

| LEAVE BALANCE | CURRENT | YTD |
|---|---|---|
| Sick | 3.10 | 21.32 |
| Vacation | 6.90 | 67.20 |
| OLDSK | 0.00 | 0.00 |
| Dis - New | 0.00 | 2,080.00 |
| Personal | 0.00 | 18.20 |
| 240Hr365Ex | 0.00 | 7.01 |

MESSAGES

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ************5074 | 50.00 |
| Checking | ************1797 | 50.00 |
| Savings | ************8638 | 50.00 |
| Savings | ************5886 | 50.00 |
| Checking | ************9477 | 1,279.97 |
| **TOTAL** | | **1,479.97** |

MESSAGE:



State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>03/19/2017<br>04/01/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016466916<br>04/14/2017 | |
|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 5 Mns 18 Dys<br>Longevity: 14 Yrs 5 Mns 15 Dys<br>Sen Credits: 429<br>Inst Credits: 380 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Exempt | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Roll Call Pay | 22.090000 | 4.50 | 99.41 | 33.00 | 729.02 | Fed MED/EE | 25.76 | 246.11 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 504.00 | 11,133.36 | OH Withholdng | 38.03 | 400.14 |
| Sick Leave at 70 Percent | 15.463000 | 8.00 | 123.70 | 8.00 | 123.70 | OH GRAFTON Withholding | 26.65 | 254.59 |
| Laundry Uniform Pay | | | 7.70 | | 61.60 | OH LORAIN Withholdng | 17.77 | 169.71 |
| Extra Hours Paid at Straight | 22.090000 | 0.20 | 4.42 | 13.40 | 296.02 | Fed Withholdng | 0.00 | 478.15 |
| Overtime | 33.135000 | 1.90 | 62.96 | 65.40 | 2,167.04 | | | |
| CompTime Earned | | | 0.00 | 14.10 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 | | | |
| TOTAL: | | 86.60 | 1,888.67 | 781.90 | 17,868.42 | TOTAL: | 108.21 | 1,548.70 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 188.10 | 1,780.68 | OCSEA Union Dues | 22.09 | 176.72 | Retirement | 263.34 | 2,492.96 |
| Health Insurance | 111.92 | 895.36 | Trsr People Qualified AFSCME | 1.00 | 8.00 | Health Insurance | 633.12 | 5,064.96 |
| Deferred Compensation | 15.00 | 120.00 | Garnish-Writ | 398.09 | 398.09 | Union Benefits Trust 1 | 82.00 | 328.00 |
| | | | Union Computer Purchase Progra | 25.65 | 205.20 | Disability Insurance | 14.14 | 113.12 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 111.28 | | | |
| | | | Colonial Life Hlth Accident | 0.00 | 159.44 | | | |
| TOTAL: | 315.02 | 2,796.04 | TOTAL: | 474.65 | 1,058.73 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,888.67 | 1,573.65 | 108.21 | 789.67 | 990.79 |
| YTD | 17,868.42 | 15,072.38 | 1,548.70 | 3,854.77 | 12,464.95 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 16.42 | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 74.10 | | Checking | *************5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | *************1797 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | *************8638 | 50.00 |
| Personal | 8.00 | 26.20 | | Savings | *************5886 | 50.00 |
| 240Hr365Ex | 0.00 | 7.01 | | Checking | *************9477 | 790.79 |
| | | | | TOTAL: | | 990.79 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>04/02/2017<br>04/15/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016516452<br>04/28/2017 | |
|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 6 Mns 1 Dys<br>Longevity: 14 Yrs 5 Mns 29 Dys<br>Sen Credits: 430<br>Inst Credits: 381 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Exempt | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Overtime | 33.135000 | 6.90 | 228.63 | 72.30 | 2,395.67 | Fed MED/EE | 29.03 | 275.14 |
| Roll Call Pay | 22.090000 | 5.00 | 110.46 | 38.00 | 839.48 | OH Withholdng | 45.81 | 445.95 |
| Regular Pay | 22.090000 | 80.00 | 1,767.20 | 584.00 | 12,900.56 | OH GRAFTON Withholdng | 30.03 | 284.62 |
| Laundry Uniform Pay | | | 7.70 | | 69.30 | OH LORAIN Withholdng | 20.02 | 189.73 |
| CompTime Earned | | | 0.00 | 14.10 | 0.00 | Fed Withholdng | 0.00 | 478.15 |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Sick Leave at 70 Percent | | | 0.00 | 8.00 | 123.70 | | | |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Extra Hours Paid at Straight | | | 0.00 | 13.40 | 296.02 | | | |
| TOTAL: | | 91.90 | 2,113.99 | 873.80 | 19,982.41 | TOTAL: | 124.89 | 1,673.59 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Retirement | 210.63 | 1,991.31 | Tar People Qualified AFSCME | 1.00 | 9.00 | Retirement | 294.88 | 2,787.84 |
| Health Insurance | 111.92 | 1,007.28 | OCSEA Union Dues | 22.09 | 198.81 | Health Insurance | 633.12 | 5,698.08 |
| Deferred Compensation | 15.00 | 135.00 | Garnish-Writ | 444.62 | 842.71 | Disability Insurance | 14.14 | 127.26 |
| | | | Union Computer Purchase Progra | 25.65 | 230.85 | Union Benefits Trust 1 | 0.00 | 328.00 |
| | | | Colonial Life Hlth Accident | 39.86 | 199.30 | | | |
| | | | Benefits Trust Supp Life Ins | 0.00 | 111.28 | | | |
| TOTAL: | 337.55 | 3,133.59 | TOTAL: | 533.22 | 1,591.95 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,113.99 | 1,776.44 | 124.89 | 870.77 | 1,118.33 |
| YTD | 19,982.41 | 16,848.82 | 1,673.59 | 4,725.54 | 13,583.28 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 19.52 | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 81.00 | | | | |
| OLDSK | 0.00 | 0.00 | | Checking | *************5074 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | *************1797 | 50.00 |
| Personal | 0.00 | 26.20 | | Savings | *************8638 | 50.00 |
| 240H/365Bx | 0.00 | 7.01 | | Savings | *************5886 | 50.00 |
| | | | | Checking | *************9477 | 918.33 |
| | | | | TOTAL: | | 1,118.33 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>12/11/2016<br>12/24/2016 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016123534<br>01/06/2017 | |
|---|---|---|---|---|---|---|---|

| | | | | | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 2 Mns 10 Dys<br>Longevity: 14 Yrs 2 Mns 7 Dys<br>Sen Credits: 422<br>Inst Credits: 373 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| CompTime Earned | | 1.65 | 0.00 | 1.65 | 0.00 | Fed Withholding | 266.30 | 266.30 |
| Roll Call Pay | 22.090000 | 5.00 | 110.46 | 5.00 | 110.46 | Fed MED/EE | 29.56 | 29.56 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 72.00 | 1,590.48 | OH Withholding | 47.09 | 47.09 |
| Laundry Uniform Pay | | | 7.70 | | 7.70 | OH GRAFTON Withholding | 30.58 | 30.58 |
| Comptime OT Eligible Used | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | OH LORAIN Withholding | 20.38 | 20.38 |
| Overtime | 33.135000 | 8.00 | 265.08 | 8.00 | 265.08 | | | |
| TOTAL: | | 94.65 | 2,150.44 | 94.65 | 2,150.44 | TOTAL: | 393.91 | 393.91 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 214.27 | 214.27 | Trsr People Qualified AFSCME | 1.00 | 1.00 | Retirement | 299.98 | 299.98 |
| Health Insurance | 111.92 | 111.92 | OCSEA Union Dues | 22.09 | 22.09 | Health Insurance | 633.12 | 633.12 |
| Deferred Compensation | 15.00 | 15.00 | Union Computer Purchase Progra | 25.65 | 25.65 | Disability Insurance | 14.14 | 14.14 |
| | | | Colonial Life Hlth Accident | 39.86 | 39.86 | | | |
| TOTAL: | 341.19 | 341.19 | TOTAL: | 88.60 | 88.60 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,150.44 | 1,809.25 | 393.91 | 429.79 | 1,326.74 |
| YTD | 2,150.44 | 1,809.25 | 393.91 | 429.79 | 1,326.74 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|
| Sick | 3.10 | 34.72 | | Account Type | Account Number | Deposit Amount | |
| Vacation | 6.90 | 57.80 | | | | | |
| OLDSK | 0.00 | 0.00 | | Checking | ************5074 | 50.00 | |
| Dis - New | 0.00 | 2,080.00 | | Checking | ************1797 | 50.00 | |
| Personal | 8.00 | 26.20 | | Savings | ************8638 | 50.00 | |
| 240Hr365Ex | 1.65 | 10.56 | | Checking | ************6847 | 1,176.74 | |
| | | | | TOTAL: | | 1,326.74 | |

MESSAGE:

17-13105-aih    Doc 14    FILED 07/03/17    ENTERED 07/05/17 10:50:22    Page 4 of 7

State of Ohio
Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>01/08/2017<br>01/21/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016223676<br>02/03/2017 | |
|---|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 3 Mns 7 Dys<br>Longevity: 14 Yrs 3 Mns 4 Dys<br>Sen Credits: 424<br>Inst Credits: 375 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>9 | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| CompTime Earned | | 12.00 | 0.00 | 13.65 | 0.00 | Fed Withholdng | 63.35 | 429.54 |
| Overtime | 33.135000 | 8.00 | 265.08 | 40.50 | 1,341.97 | Fed MED/EE | 33.09 | 99.65 |
| Roll Call Pay | 22.090000 | 4.00 | 88.37 | 12.50 | 276.15 | OH Withholdng | 55.60 | 167.78 |
| Regular Pay | 22.090000 | 56.00 | 1,237.04 | 184.00 | 4,064.56 | OH GRAFTON Withholdng | 34.22 | 103.08 |
| Laundry Uniform Pay | | | 7.70 | | 23.10 | OH LORAIN Withholdng | 22.81 | 68.71 |
| Comptime OT Eligible Used | 22.090000 | 8.00 | 176.72 | 16.00 | 353.44 | | | |
| Holiday Pay Leave | 22.090000 | 8.00 | 176.72 | 24.00 | 530.16 | | | |
| Holiday Worked | 33.135000 | 8.00 | 265.08 | 8.00 | 265.08 | | | |
| Vacation Leave | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| TOTAL: | | 112.00 | 2,393.43 | 314.65 | 7,207.90 | TOTAL: | 209.07 | 868.76 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Retirement | 238.57 | 718.47 | OCSEA Union Dues | 22.09 | 66.27 | Retirement | 334.00 | 1,005.87 |
| Health Insurance | 111.92 | 335.76 | Trsr People Qualified AFSCME | 1.00 | 3.00 | Health Insurance | 633.12 | 1,899.36 |
| Deferred Compensation | 15.00 | 45.00 | Union Computer Purchase Progra | 25.65 | 76.95 | Disability Insurance | 14.14 | 42.42 |
| | | | Colonial Life Hlth Accident | 39.86 | 79.72 | Union Benefits Trust 1 | 0.00 | 82.00 |
| | | | Benefits Trust Supp Life Ins | 0.00 | 27.82 | | | |
| TOTAL: | 365.49 | 1,099.23 | TOTAL: | 88.60 | 253.76 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,393.43 | 2,027.94 | 209.07 | 454.09 | 1,730.27 |
| YTD | 7,207.90 | 6,108.67 | 868.76 | 1,352.99 | 4,986.15 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 40.92 | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 63.60 | | | | |
| OLDSK | 0.00 | 0.00 | | Checking | ************5074 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | ************1797 | 50.00 |
| Personal | 0.00 | 18.20 | | Savings | ************8638 | 50.00 |
| 240Hr365Ex | 12.00 | 14.56 | | Checking | ************6847 | 1,580.27 |
| | | | | TOTAL: | | 1,730.27 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>01/22/2017<br>02/04/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016273575<br>02/17/2017 | |
|---|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 3 Mns 21 Dys<br>Longevity: 14 Yrs 3 Mns 18 Dys<br>Sen Credits: 425<br>Inst Credits: 376 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>9 | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Roll Call Pay | 22.090000 | 3.00 | 66.28 | 15.50 | 342.43 | Fed Withholdng | 17.74 | 447.28 |
| Regular Pay | 22.090000 | 64.00 | 1,413.76 | 248.00 | 5,478.32 | Fed MED/EE | 27.12 | 126.77 |
| Laundry Uniform Pay | | | 7.70 | | 30.80 | OH Withholdng | 41.21 | 208.99 |
| Vacation Leave | 22.090000 | 8.00 | 176.72 | 16.00 | 353.44 | OH GRAFTON Withholdng | 28.06 | 131.14 |
| Sick Leave | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | OH LORAIN Withholdng | 18.70 | 87.41 |
| Extra Hours Paid at Straight | 22.090000 | 6.40 | 141.38 | 6.40 | 141.38 | | | |
| CompTime Earned | | | 0.00 | 13.65 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 16.00 | 353.44 | | | |
| Holiday Pay Leave | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Worked | | | 0.00 | 8.00 | 265.08 | | | |
| Overtime | | | 0.00 | 40.50 | 1,341.97 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| TOTAL: | | 89.40 | 1,982.56 | 404.05 | 9,190.46 | TOTAL: | 132.83 | 1,001.59 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 197.49 | 915.96 | Trsr People Qualified AFSCME | 1.00 | 4.00 | Retirement | 276.48 | 1,282.35 |
| Health Insurance | 111.92 | 447.68 | OCSEA Union Dues | 22.09 | 88.36 | Health Insurance | 633.12 | 2,532.48 |
| Deferred Compensation | 15.00 | 60.00 | Union Computer Purchase Progra | 25.65 | 102.60 | Disability Insurance | 14.14 | 56.56 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 55.64 | Union Benefits Trust 1 | 82.00 | 164.00 |
| | | | Colonial Life Hlth Accident | 0.00 | 79.72 | | | |
| TOTAL: | 324.41 | 1,423.64 | TOTAL: | 76.56 | 330.32 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,982.56 | 1,658.15 | 132.83 | 400.97 | 1,448.76 |
| YTD | 9,190.46 | 7,766.82 | 1,001.59 | 1,753.96 | 6,434.91 |

| LEAVE BALANCE | CURRENT | YTD | | MESSAGES | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|
| Sick | 3.10 | 36.02 | | | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 62.50 | | | | | | |
| OLDSK | 0.00 | 0.00 | | | | Checking | ************5074 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | | | Checking | ************1797 | 50.00 |
| Personal | 0.00 | 18.20 | | | | Savings | ************8638 | 50.00 |
| 2401Jr365Ex | 0.00 | 14.56 | | | | Checking | ************6847 | 1,298.76 |
| | | | | | | TOTAL: | | 1,448.76 |

MESSAGE:

State of Ohio
Columbus, OH 43215-3430

ROCHELLE L JOHNSON
2335 Cleveland Blvd
Lorain, OH 44052-2307

| | |
|---|---|
| Pay Group: | BDJ-Biweekly Delayed J |
| Pay Begin Date: | 04/16/2017 |
| Pay End Date: | 04/29/2017 |

| | |
|---|---|
| Business Unit: | STATE |
| Advice #: | 0000000016576232 |
| Advice Date: | 05/12/2017 |

Barg Unit: 03
Cert Status: Permanent
Next Step Date: 04/27/2009
Group Life: $46,000.00

Service: 16 Yrs 6 Mns 15 Dys
Longevity: 14 Yrs 6 Mns 12 Dys
Sen Credits: 431
Inst Credits: 382

Employee ID: 10057021    Empl Rcd: 0
Department: DRC210300
Location: Grafton Correctional Inst
Job Title: Correction Officer
Pay Rate: $22.090000 Hourly

TAX DATA:
| | Federal | OH State |
|---|---|---|
| Marital Status: | Exempt | N/A |
| Allowances: | | 2 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| CompTime Earned | | 1.50 | 0.00 | 15.60 | 0.00 |
| Overtime | 33.135000 | 12.40 | 410.88 | 84.70 | 2,806.55 |
| Roll Call Pay | 22.090000 | 4.00 | 88.36 | 42.00 | 927.84 |
| Regular Pay | 22.090000 | 64.00 | 1,413.76 | 648.00 | 14,314.32 |
| Laundry Uniform Pay | | 7.70 | | | 77.00 |
| Vacation Leave | 22.090000 | 16.00 | 353.44 | 48.00 | 1,060.32 |
| Comptime OT Eligible Used | | 0.00 | | 24.00 | 530.16 |
| Holiday Pay Leave | | 0.00 | | 32.00 | 706.88 |
| Holiday Worked | | 0.00 | | 16.00 | 530.16 |
| Personal Leave | | 0.00 | | 8.00 | 176.72 |
| Sick Leave | | 0.00 | | 32.00 | 706.88 |
| Sick Leave at 70 Percent | | 0.00 | | 8.00 | 123.70 |
| Extra Hours Paid at Straight | | 0.00 | | 13.40 | 296.02 |
| **TOTAL:** | | **97.90** | **2,274.14** | **971.70** | **22,256.55** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed MED/EE | 31.35 | 306.49 |
| OH Withholding | 51.43 | 497.38 |
| OH GRAFTON Withholding | 32.43 | 317.05 |
| OH LORAIN Withholding | 21.62 | 211.35 |
| Fed Withholding | 0.00 | 478.15 |
| **TOTAL:** | **136.83** | **1,810.42** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Retirement | 226.64 | 2,217.95 |
| Health Insurance | 111.92 | 1,119.20 |
| Deferred Compensation | 15.00 | 150.00 |
| **TOTAL:** | **353.56** | **3,487.15** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Trst People Qualified AFSCME | 1.00 | 10.00 |
| OCSEA Union Dues | 22.09 | 220.90 |
| Garnish-Writ | 477.67 | 1,320.38 |
| Union Computer Purchase Progm | 25.65 | 256.50 |
| Colonial Life Hlth Accident | 0.00 | 199.30 |
| Benefits Trust Supp Life Ins | 0.00 | 111.28 |
| **TOTAL:** | **526.41** | **2,118.36** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Retirement | 317.30 | 3,105.14 |
| Health Insurance | 633.12 | 6,331.20 |
| Disability Insurance | 14.14 | 141.40 |
| Union Benefits Trust I | 0.00 | 328.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,274.14 | 1,920.58 | 136.83 | 879.97 | 1,257.34 |
| YTD | 22,256.55 | 18,769.40 | 1,810.42 | 5,605.51 | 14,840.62 |

## LEAVE BALANCE

| | CURRENT | YTD |
|---|---|---|
| Sick | 3.10 | 22.62 |
| Vacation | 6.90 | 71.90 |
| OLDSK | 0.00 | 0.00 |
| Dis - New | 0.00 | 2,080.00 |
| Personal | 0.00 | 26.20 |
| 240Hr365Bx | 1.50 | 8.51 |

MESSAGES

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ************5074 | 50.00 |
| Checking | ************1797 | 50.00 |
| Savings | ************8638 | 50.00 |
| Savings | ************5886 | 50.00 |
| Checking | ************9477 | 1,057.34 |
| TOTAL | | 1,257.34 |

May 26

MESSAGE: