# COVER SHEET

DEBTOR: Rochelle Johnson

CASE #: 17-13105    JUDGE: Arthur Harris

I AM SUBMITTING THE FOLLOWING DOCUMENTS:

Response to motion to Dismiss.

SIGNATURE: Rochelle Johnson    DATE: 7/31/17

PHONE NUMBER: 440-258-4524

Case # 17-13105-AIH
Rochelle Johnson
2335 Cleveland Blvd
Lorain OH 44052
440-258-4524

2017 JUL 31 PM 3:41

Dear Honorable Judge Arthur Harris

My name is Rochelle Johnson, Sir. Due to unforeseen circumstances I ask that my case not be dismissed. I will do whatever is necessary to satisfy the trustee.

Yours truly
Rochelle Johnson
440-258-4524
7/31/17