IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case No. 17-13105 |
| | ) | |
| Rochelle Johnson | ) | Judge Arthur I. Harris |
| | ) | |
| Debtor | ) | <u>NOTICE OF ADJOURNED MEETING</u> |
| | ) | <u>OF CREDITORS (11 U.S.C. 341)</u> |

All interest parties will take notice that the Meeting of Creditors (11 U.S.C. 341) in this case has been adjourned until September 11, 2017, at 3:30 p.m. in the H.M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, Ohio 44114.

/s/ Sheldon Stein
SHELDON STEIN (0007292)
U.S. Bankruptcy Trustee
400 Terminal Tower
P.O. Box 5606
Cleveland, Ohio 44113
(216) 696-7449

SERVICE

I certify that on August 9, 2017, a true and correct copy of the Notice was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Edward J. Boll    nohbk@lsrlaw.com
- Mia L. Conner    nohbk@lsrlaw.com
- Sheldon Stein    ssteindocs@gmail.com, sstein@ecf.epiqsystems.com;sheldon@steintrustee.com;kristine@steintrustee.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, to Rochelle Johnson, 2335 Cleveland Blvd., Lorain, Ohio 44052.

/s/ Sheldon Stein
SHELDON STEIN (0007292)
U.S. Bankruptcy Trustee