State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>11/13/2016<br>11/26/2016 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016017755<br>12/09/2016 | |
|---|---|---|---|---|---|---|---|
| | | | | | TAX DATA: | Federal | OH State |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 1 Mns 12 Dys<br>Longevity: 14 Yrs 1 Mns 9 Dys<br>Sen Credits: 420<br>Inst Credits: 371 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021   Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | n/a<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| CompTime Earned | | 5.85 | 0.00 | 55.94 | 0.00 | Fed Withholding | 205.90 | 4,380.85 |
| Roll Call Pay | 22.090000 | 4.50 | 99.41 | 112.50 | 2,443.68 | Fed MED/EE | 25.56 | 743.65 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 1,639.00 | 35,595.51 | OH Withholding | 37.60 | 1,194.03 |
| Laundry Uniform Pay | | | 7.70 | | 192.50 | OH GRAFTON Withholdng | 26.44 | 769.32 |
| Holiday Pay Leave | 22.090000 | 8.00 | 176.72 | 56.00 | 1,220.24 | OH LORAIN Withholdng | 17.62 | 512.77 |
| Comptime OT Eligible Used | | | 0.00 | 40.00 | 867.44 | | | |
| Holiday Premium | | | 0.00 | 16.00 | 522.72 | | | |
| Holiday Worked | | | 0.00 | 24.00 | 779.40 | | | |
| Leave of Absence without Pay | | | 0.00 | 16.50 | 0.00 | | | |
| Overtime | | | 0.00 | 203.05 | 6,665.10 | | | |
| Personal Leave | | | 0.00 | 32.00 | 691.36 | | | |
| Sick Leave | | | 0.00 | 40.00 | 858.81 | | | |
| ••• | | | 0.00 | 194.98 | 4,080.15 | | | |
| TOTAL: | | 90.35 | 1,874.31 | 2,429.97 | 53,916.91 | TOTAL: | 313.12 | 7,600.62 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 186.66 | 5,372.45 | Trsr People Qualified AFSCME | 1.00 | 25.00 | Retirement | 261.33 | 7,521.44 |
| Health Insurance | 111.92 | 2,630.95 | OCSEA Union Dues | 22.09 | 542.93 | Health Insurance | 633.12 | 14,881.47 |
| Deferred Compensation | 15.00 | 375.00 | Union Computer Purchase Progra | 25.65 | 641.25 | Disability Insurance | 14.14 | 352.05 |
| | | | Colonial Life Hlth Accident | 39.86 | 478.32 | Union Benefits Trust 1 | 0.00 | 896.00 |
| | | | Benefits Trust Supp Life Ins | 0.00 | 306.02 | | | |
| TOTAL: | 313.58 | 8,378.40 | TOTAL: | 88.60 | 1,993.52 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,874.31 | 1,560.73 | 313.12 | 402.18 | 1,159.01 |
| YTD | 53,916.91 | 45,538.51 | 7,600.62 | 10,371.92 | 35,944.37 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 36.52 | | Checking | •••••••••••••5074 | 50.00 |
| Vacation | 6.90 | 44.00 | | Checking | •••••••••••••1797 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Savings | •••••••••••••8638 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | •••••••••••••6847 | 1,009.01 |
| Personal | 0.00 | 18.20 | | | | |
| 240Hr365Ex | 5.85 | 16.61 | | | | |
| | | | | TOTAL: | | 1,159.01 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>11/27/2016<br>12/10/2016 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016073698<br>12/23/2016 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **OH State** |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 1 Mns 26 Dys<br>Longevity: 14 Yrs 1 Mns 23 Dys<br>Sen Credits: 421<br>Inst Credits: 372 | Employee ID: 10057021 Empl Rcd: 0<br>Department: DRC210300<br>Location: Grafton Correctional Inst<br>Job Title: Correction Officer<br>Pay Rate: $22.090000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| TCLW Credit Card Award 2017 | | | 250.00 | | 250.00 | Fed Withholdng | 335.00 | 4,715.85 |
| Roll Call Pay | 22.090000 | 5.00 | 110.45 | 117.50 | 2,554.13 | Fed MED/EE | 33.47 | 777.12 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 1,711.00 | 37,185.99 | OH Withholdng | 56.54 | 1,250.57 |
| Sick Leave | 22.090000 | 8.00 | 176.72 | 48.00 | 1,035.53 | OH GRAFTON Withholdng | 34.63 | 803.95 |
| Laundry Uniform Pay | | | 7.70 | | 200.20 | OH LORAIN Withholdng | 23.08 | 535.85 |
| Extra Hours Paid at Straight | 22.090000 | 0.90 | 19.88 | 19.38 | 416.81 | | | |
| CompTime Earned | | 0.30 | 0.00 | 56.24 | 0.00 | | | |
| Overtime | 33.135000 | 8.00 | 265.08 | 211.05 | 6,930.18 | | | |
| Comptime OT Eligible Used | | | 0.00 | 40.00 | 867.44 | | | |
| Holiday Pay Leave | | | 0.00 | 56.00 | 1,220.24 | | | |
| Holiday Premium | | | 0.00 | 16.00 | 522.72 | | | |
| Holiday Worked | | | 0.00 | 24.00 | 779.40 | | | |
| Leave of Absence without Pay | | | 0.00 | 16.50 | 0.00 | | | |
| Personal Leave | | | 0.00 | 32.00 | 691.36 | | | |
| Sick Leave at 70 Percent | | | 0.00 | 24.50 | 371.62 | | | |
| Vacation Leave | | | 0.00 | 152.00 | 3,311.60 | | | |
| **TOTAL:** | | **94.20** | **2,170.31** | **2,524.17** | **56,087.22** | **TOTAL:** | **482.72** | **8,083.34** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 216.26 | 5,588.71 | OCSEA Union Dues | 22.09 | 565.02 | Retirement | 302.77 | 7,824.21 |
| Health Insurance | 111.92 | 2,742.87 | Trsr People Qualified AFSCME | 1.00 | 26.00 | Health Insurance | 633.12 | 15,514.59 |
| Deferred Compensation | 15.00 | 390.00 | Union Computer Purchase Progra | 25.65 | 666.90 | Union Benefits Trust 1 | 82.00 | 978.00 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 333.84 | Disability Insurance | 14.14 | 366.19 |
| | | | Colonial Life Hlth Accident | 0.00 | 478.32 | | | |
| **TOTAL:** | **343.18** | **8,721.58** | **TOTAL:** | **76.56** | **2,070.08** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,170.31 | 2,077.13 | 482.72 | 419.74 | 1,267.85 |
| YTD | 56,087.22 | 47,615.64 | 8,083.34 | 10,791.66 | 37,212.22 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 31.62 | | | | |
| Vacation | 6.90 | 50.90 | | Checking | *************5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | *************1797 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | *************8638 | 50.00 |
| Personal | 0.00 | 18.20 | | Checking | *************6847 | 1,117.85 |
| 240Hr365Ex | 0.30 | 16.91 | | | | |
| | | | | **TOTAL:** | | **1,267.85** |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>12/11/2016<br>12/24/2016 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016123534<br>01/06/2017 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | **Federal** | **OH State** |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 2 Mns 10 Dys<br>Longevity: 14 Yrs 2 Mns 7 Dys<br>Sen Credits: 422<br>Inst Credits: 373 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | N/A<br>2 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| CompTime Earned | | 1.65 | 0.00 | 1.65 | 0.00 | Fed Withholdng | 266.30 | 266.30 |
| Roll Call Pay | 22.090000 | 5.00 | 110.46 | 5.00 | 110.46 | Fed MED/EE | 29.56 | 29.56 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 72.00 | 1,590.48 | OH Withholding | 47.09 | 47.09 |
| Laundry Uniform Pay | | | 7.70 | | 7.70 | OH GRAFTON Withholdng | 30.58 | 30.58 |
| Comptime OT Eligible Used | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | OH LORAIN Withholdng | 20.38 | 20.38 |
| Overtime | 33.135000 | 8.00 | 265.08 | 8.00 | 265.08 | | | |
| **TOTAL:** | | 94.65 | 2,150.44 | 94.65 | 2,150.44 | **TOTAL:** | 393.91 | 393.91 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 214.27 | 214.27 | Trsr People Qualified AFSCME | 1.00 | 1.00 | Retirement | 299.98 | 299.98 |
| Health Insurance | 111.92 | 111.92 | OCSEA Union Dues | 22.09 | 22.09 | Health Insurance | 633.12 | 633.12 |
| Deferred Compensation | 15.00 | 15.00 | Union Computer Purchase Progrm | 25.65 | 25.65 | Disability Insurance | 14.14 | 14.14 |
| | | | Colonial Life Hlth Accident | 39.86 | 39.86 | | | |
| **TOTAL:** | 341.19 | 341.19 | **TOTAL:** | 88.60 | 88.60 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,150.44 | 1,809.25 | 393.91 | 429.79 | 1,326.74 |
| YTD | 2,150.44 | 1,809.25 | 393.91 | 429.79 | 1,326.74 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 34.72 | | **Account Type** | **Account Number** | **Deposit Amount** |
| Vacation | 6.90 | 57.80 | | Checking | ************5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | ************1797 | 50.00 |
| Db - New | 0.00 | 2,080.00 | | Savings | ************8638 | 50.00 |
| Personal | 8.00 | 26.20 | | Checking | ************6847 | 1,176.74 |
| 240Hr365Ex | 1.65 | 10.56 | | | | |
| | | | | **TOTAL:** | | 1,326.74 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>12/25/2016<br>01/07/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016173922<br>01/20/2017 | |
|---|---|---|---|---|---|---|---|
| | | | | | TAX DATA: | Federal | OH State |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 2 Mns 24 Dys<br>Longevity: 14 Yrs 2 Mns 21 Dys<br>Sen Credits: 423<br>Inst Credits: 374 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>9 | N/A<br>2 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay Leave | 22.090000 | 16.00 | 353.44 | 16.00 | 353.44 | Fed Withholding | 99.89 | 366.19 |
| Overtime | 33.135000 | 24.50 | 811.81 | 32.50 | 1,076.89 | Fed MED/EE | 37.00 | 66.56 |
| Personal Leave | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | OH Withholding | 65.09 | 112.18 |
| Roll Call Pay | 22.090000 | 3.50 | 77.32 | 8.50 | 187.78 | OH GRAFTON Withholding | 38.28 | 68.86 |
| Regular Pay | 22.090000 | 56.00 | 1,237.04 | 128.00 | 2,827.52 | OH LORAIN Withholding | 25.52 | 45.90 |
| Laundry Uniform Pay | | | 7.70 | | 15.40 | | | |
| CompTime Earned | | | 0.00 | 1.65 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 8.00 | 176.72 | | | |
| TOTAL: | | 108.00 | 2,664.03 | 202.65 | 4,814.47 | TOTAL: | 265.78 | 659.69 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 265.63 | 479.90 | Trsr People Qualified AFSCME | 1.00 | 2.00 | Retirement | 371.89 | 671.87 |
| Health Insurance | 111.92 | 223.84 | OCSEA Union Dues | 22.09 | 44.18 | Health Insurance | 633.12 | 1,266.24 |
| Deferred Compensation | 15.00 | 30.00 | Union Computer Purchase Progra | 25.65 | 51.30 | Disability Insurance | 14.14 | 28.28 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 27.82 | Union Benefits Trust 1 | 82.00 | 82.00 |
| | | | Colonial Life Hlth Accident | 0.00 | 39.86 | | | |
| TOTAL: | 392.55 | 733.74 | TOTAL: | 76.56 | 165.16 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,664.03 | 2,271.48 | 265.78 | 469.11 | 1,929.14 |
| YTD | 4,814.47 | 4,080.73 | 659.69 | 898.90 | 3,255.88 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 37.82 | | | | |
| Vacation | 6.90 | 64.70 | | Checking | **************5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | **************1797 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | **************8638 | 50.00 |
| Personal | 0.00 | 18.20 | | Checking | **************6847 | 1,779.14 |
| 240Hr365Ex | 0.00 | 10.56 | | | | |
| | | | | TOTAL: | | 1,929.14 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>01/08/2017<br>01/21/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016223676<br>02/03/2017 | |
|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 3 Mns 7 Dys<br>Longevity: 14 Yrs 3 Mns 4 Dys<br>Sen Credits: 424<br>Inst Credits: 375 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>9 | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| CompTime Earned | | 12.00 | 0.00 | 13.65 | 0.00 | Fed Withholding | 63.35 | 429.54 |
| Overtime | 33.135000 | 8.00 | 265.08 | 40.50 | 1,341.97 | Fed MED/EE | 33.09 | 99.65 |
| Roll Call Pay | 22.090000 | 4.00 | 88.37 | 12.50 | 276.15 | OH Withholding | 55.60 | 167.78 |
| Regular Pay | 22.090000 | 56.00 | 1,237.04 | 184.00 | 4,064.56 | OH GRAFTON Withholding | 34.22 | 103.08 |
| Laundry Uniform Pay | | | 7.70 | | 23.10 | OH LORAIN Withholding | 22.81 | 68.71 |
| Comptime OT Eligible Used | 22.090000 | 8.00 | 176.72 | 16.00 | 353.44 | | | |
| Holiday Pay Leave | 22.090000 | 8.00 | 176.72 | 24.00 | 530.16 | | | |
| Holiday Worked | 33.135000 | 8.00 | 265.08 | 8.00 | 265.08 | | | |
| Vacation Leave | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| **TOTAL:** | | **112.00** | **2,393.43** | **314.65** | **7,207.90** | **TOTAL:** | **209.07** | **868.76** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 238.57 | 718.47 | OCSEA Union Dues | 22.09 | 66.27 | Retirement | 334.00 | 1,005.87 |
| Health Insurance | 111.92 | 335.76 | Trsr People Qualified AFSCME | 1.00 | 3.00 | Health Insurance | 633.12 | 1,899.36 |
| Deferred Compensation | 15.00 | 45.00 | Union Computer Purchase Progra | 25.65 | 76.95 | Disability Insurance | 14.14 | 42.42 |
| | | | Colonial Life Hlth Accident | 39.86 | 79.72 | Union Benefits Trust 1 | 0.00 | 82.00 |
| | | | Benefits Trust Supp Life Ins | 0.00 | 27.82 | | | |
| **TOTAL:** | **365.49** | **1,099.23** | **TOTAL:** | **88.60** | **253.76** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,393.43 | 2,027.94 | 209.07 | 454.09 | 1,730.27 |
| YTD | 7,207.90 | 6,108.67 | 868.76 | 1,352.99 | 4,986.15 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 40.92 | | Checking | ************5074 | 50.00 |
| Vacation | 6.90 | 63.60 | | Checking | ************1797 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Savings | ************8638 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | ************6847 | 1,580.27 |
| Personal | 0.00 | 18.20 | | | | |
| 2401Ir365Ex | 12.00 | 14.56 | | | | |
| | | | | **TOTAL:** | | **1,730.27** |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L. JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>01/22/2017<br>02/04/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016273575<br>02/17/2017 | |
|---|---|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 3 Mns 21 Dys<br>Longevity: 14 Yrs 3 Mns 18 Dys<br>Sen Credits: 425<br>Inst Credits: 376 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>9 | OH State<br>N/A<br>2 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Roll Call Pay | 22.090000 | 3.00 | 66.28 | 15.50 | 342.43 | Fed Withholdng | 17.74 | 447.28 |
| Regular Pay | 22.090000 | 64.00 | 1,413.76 | 248.00 | 5,478.32 | Fed MED/EE | 27.12 | 126.77 |
| Laundry Uniform Pay | | | 7.70 | | 30.80 | OH Withholdng | 41.21 | 208.99 |
| Vacation Leave | 22.090000 | 8.00 | 176.72 | 16.00 | 353.44 | OH GRAFTON Withholdng | 28.06 | 131.14 |
| Sick Leave | 22.090000 | 8.00 | 176.72 | 8.00 | 176.72 | OH LORAIN Withholdng | 18.70 | 87.41 |
| Extra Hours Paid at Straight | 22.090000 | 6.40 | 141.38 | 6.40 | 141.38 | | | |
| CompTime Earned | | | 0.00 | 13.65 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 16.00 | 353.44 | | | |
| Holiday Pay Leave | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Worked | | | 0.00 | 8.00 | 265.08 | | | |
| Overtime | | | 0.00 | 40.50 | 1,341.97 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| TOTAL: | | 89.40 | 1,982.56 | 404.05 | 9,190.46 | TOTAL: | 132.83 | 1,001.59 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 197.49 | 915.96 | Trsr People Qualified AFSCME | 1.00 | 4.00 | Retirement | 276.48 | 1,282.35 |
| Health Insurance | 111.92 | 447.68 | OCSEA Union Dues | 22.09 | 88.36 | Health Insurance | 633.12 | 2,532.48 |
| Deferred Compensation | 15.00 | 60.00 | Union Computer Purchase Progrm | 25.65 | 102.60 | Disability Insurance | 14.14 | 56.56 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 55.64 | Union Benefits Trust 1 | 82.00 | 164.00 |
| | | | Colonial Life Hlth Accident | 0.00 | 79.72 | | | |
| TOTAL: | 324.41 | 1,423.64 | TOTAL: | 76.56 | 330.32 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,982.56 | 1,658.15 | 132.83 | 400.97 | 1,448.76 |
| YTD | 9,190.46 | 7,766.82 | 1,001.59 | 1,753.96 | 6,434.91 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 36.02 | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 62.50 | | | | |
| OLDSK | 0.00 | 0.00 | | Checking | **************5074 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | **************1797 | 50.00 |
| Personal | 0.00 | 18.20 | | Savings | **************8638 | 50.00 |
| 240Hr365Ex | 0.00 | 14.56 | | Checking | **************6847 | 1,298.76 |
| | | | | TOTAL: | | 1,448.76 |

MESSAGE:

State of Ohio
Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>02/05/2017<br>02/18/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>600000016324063<br>03/03/2017 | |
|---|---|---|---|---|---|---|---|
| | | | | | **TAX DATA:** | **Federal** | **OH State** |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 4 Mns 4 Dys<br>Longevity: 14 Yrs 4 Mns 1 Dys<br>Sen Credits: 426<br>Inst Credits: 377 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>9 | N/A<br>2 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Comptime OT Eligible Used | 22.090000 | 8.00 | 176.72 | 24.00 | 530.16 | Fed Withholdng | 30.87 | 478.15 |
| Roll Call Pay | 22.090000 | 4.00 | 88.36 | 19.50 | 430.79 | Fed MED/EE | 29.24 | 156.01 |
| Regular Pay | 22.090000 | 48.00 | 1,060.32 | 296.00 | 6,538.64 | OH Withholdng | 46.32 | 255.31 |
| Sick Leave | 22.090000 | 8.00 | 176.72 | 16.00 | 353.44 | OH GRAFTON Withholdng | 30.25 | 161.39 |
| Laundry Uniform Pay | | | 7.70 | | 38.50 | OH LORAIN Withholdng | 20.16 | 107.57 |
| Vacation Leave | 22.090000 | 16.00 | 353.44 | 32.00 | 706.88 | | | |
| Overtime | 33.135000 | 8.00 | 265.08 | 48.50 | 1,607.05 | | | |
| CompTime Earned | | | 0.00 | 13.65 | 0.00 | | | |
| Holiday Pay Leave | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Worked | | | 0.00 | 8.00 | 265.08 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Extra Hours Paid at Straight | | | 0.00 | 6.40 | 141.38 | | | |
| **TOTAL:** | | **92.00** | **2,128.34** | **496.05** | **11,318.80** | **TOTAL:** | **156.84** | **1,158.43** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 212.06 | 1,128.02 | Trsr People Qualified AFSCME | 1.00 | 5.00 | Retirement | 296.89 | 1,579.24 |
| Health Insurance | 111.92 | 559.60 | OCSEA Union Dues | 22.09 | 110.45 | Health Insurance | 633.12 | 3,165.60 |
| Deferred Compensation | 15.00 | 75.00 | Union Computer Purchase Progra | 25.65 | 128.25 | Disability Insurance | 14.14 | 70.70 |
| | | | Colonial Life Hlth Accident | 39.86 | 119.58 | Union Benefits Trust 1 | 0.00 | 164.00 |
| | | | Benefits Trust Supp Life Ins | 0.00 | 55.64 | | | |
| **TOTAL:** | **338.98** | **1,762.62** | **TOTAL:** | **88.60** | **418.92** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,128.34 | 1,789.36 | 156.84 | 427.58 | 1,543.92 |
| YTD | 11,318.80 | 9,556.18 | 1,158.43 | 2,181.54 | 7,978.83 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 31.12 | | | | |
| Vacation | 6.90 | 53.40 | | Checking | ************5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | ************1797 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | ************8638 | 50.00 |
| Personal | 0.00 | 18.20 | | Checking | ************6847 | 1,393.92 |
| 240Hr365Ex | 0.00 | 6.56 | | | | |
| | | | | **TOTAL:** | | **1,543.92** |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>02/19/2017<br>03/04/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016373859<br>03/17/2017 | |
|---|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 4 Mns 18 Dys<br>Longevity: 14 Yrs 4 Mns 15 Dys<br>Sen Credits: 427<br>Inst Credits: 378 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Exempt | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Pay Leave | 22.090000 | 8.00 | 176.72 | 32.00 | 706.88 | Fed MED/EE | 36.76 | 192.77 |
| Holiday Worked | 33.135000 | 8.00 | 265.08 | 16.00 | 530.16 | OH Withholdng | 64.51 | 319.82 |
| Roll Call Pay | 22.090000 | 5.00 | 110.46 | 24.50 | 541.25 | OH GRAFTON Withholdng | 38.03 | 199.42 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 368.00 | 8,129.12 | OH LORAIN Withholdng | 25.35 | 132.92 |
| Laundry Uniform Pay | | | 7.70 | | 46.20 | Fed Withholdng | 0.00 | 478.15 |
| CompTime Earned | | 0.45 | 0.00 | 14.10 | 0.00 | | | |
| Overtime | 33.135000 | 15.00 | 497.03 | 63.50 | 2,104.08 | | | |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 16.00 | 353.44 | | | |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Extra Hours Paid at Straight | | | 0.00 | 6.40 | 141.38 | | | |
| TOTAL: | | 108.45 | 2,647.47 | 604.50 | 13,966.27 | TOTAL: | 164.65 | 1,323.08 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Retirement | 263.98 | 1,392.00 | Trsr People Qualified AFSCME | 1.00 | 6.00 | Retirement | 369.57 | 1,948.81 |
| Health Insurance | 111.92 | 671.52 | OCSEA Union Dues | 22.09 | 132.54 | Health Insurance | 633.12 | 3,798.72 |
| Deferred Compensation | 15.00 | 90.00 | Union Computer Purchase Progra | 25.65 | 153.90 | Disability Insurance | 14.14 | 84.84 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 83.46 | Union Benefits Trust 1 | 82.00 | 246.00 |
| | | | Colonial Life Hlth Accident | 0.00 | 119.58 | | | |
| TOTAL: | 390.90 | 2,153.52 | TOTAL: | 76.56 | 495.48 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,647.47 | 2,256.57 | 164.65 | 467.46 | 2,015.36 |
| YTD | 13,966.27 | 11,812.75 | 1,323.08 | 2,649.00 | 9,994.19 |

| LEAVE BALANCE | CURRENT | YTD | | MESSAGES | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|
| Sick | 3.10 | 34.22 | | | Account Type | Account Number | | Deposit Amount |
| Vacation | 6.90 | 60.30 | | | Checking | **************5074 | | 50.00 |
| OLDSK | 0.00 | 0.00 | | | Checking | **************1797 | | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | | Savings | **************8638 | | 50.00 |
| Personal | 0.00 | 18.20 | | | Savings | **************5886 | | 50.00 |
| 240Hr365Ex | 0.45 | 7.01 | | | Checking | **************9477 | | 1,815.36 |
| | | | | | TOTAL: | | | 2,015.36 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>03/05/2017<br>03/18/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016424960<br>03/31/2017 | |
|---|---|---|---|---|---|---|
| | | | | TAX DATA: | Federal | OH State |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 5 Mns 4 Dys<br>Longevity: 14 Yrs 5 Mns 1 Dys<br>Sen Credits: 428<br>Inst Credits: 379 | Employee ID: 10057021 Empl Rcd: 0<br>Department: DRC210300<br>Location: Grafton Correctional Inst<br>Job Title: Correction Officer<br>Pay Rate: $22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Exempt | N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Roll Call Pay | 22.090000 | 4.00 | 88.36 | 28.50 | 629.61 | Fed MED/EE | 27.58 | 220.35 |
| Regular Pay | 22.090000 | 64.00 | 1,413.76 | 432.00 | 9,542.88 | OH Withholdng | 42.29 | 362.11 |
| Sick Leave | 22.090000 | 16.00 | 353.44 | 32.00 | 706.88 | OH GRAFTON Withholdng | 28.52 | 227.94 |
| Laundry Uniform Pay | | | 7.70 | | 53.90 | OH LORAIN Withholdng | 19.02 | 151.94 |
| Extra Hours Paid at Straight | 22.090000 | 6.80 | 150.22 | 13.20 | 291.60 | Fed Withholdng | 0.00 | 478.15 |
| CompTime Earned | | | 0.00 | 14.10 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Overtime | | | 0.00 | 63.50 | 2,104.08 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 | | | |
| TOTAL: | | 90.80 | 2,013.48 | 695.30 | 15,979.75 | TOTAL: | 117.41 | 1,440.49 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 200.58 | 1,592.58 | Trsr People Qualified AFSCME | 1.00 | 7.00 | Retirement | 280.81 | 2,229.62 |
| Health Insurance | 111.92 | 783.44 | OCSEA Union Dues | 22.09 | 154.63 | Health Insurance | 633.12 | 4,431.84 |
| Deferred Compensation | 15.00 | 105.00 | Union Computer Purchase Progra | 25.65 | 179.55 | Disability Insurance | 14.14 | 98.98 |
| | | | Colonial Life Hlth Accident | 39.86 | 159.44 | Union Benefits Trust 1 | 0.00 | 246.00 |
| | | | Benefits Trust Supp Life Ins | 0.00 | 83.46 | | | |
| TOTAL: | 327.50 | 2,481.02 | TOTAL: | 88.60 | 584.08 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,013.48 | 1,685.98 | 117.41 | 416.10 | 1,479.97 |
| YTD | 15,979.75 | 13,498.73 | 1,440.49 | 3,065.10 | 11,474.16 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 21.32 | | | | |
| Vacation | 6.90 | 67.20 | | Checking | ••••••••••••5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | ••••••••••••1797 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | ••••••••••••8638 | 50.00 |
| Personal | 0.00 | 18.20 | | Savings | ••••••••••••5886 | 50.00 |
| 240Hr365Ex | 0.00 | 7.01 | | Checking | ••••••••••••9477 | 1,279.97 |
| | | | | TOTAL: | | 1,479.97 |

MESSAGE:

State of Ohio
Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>03/19/2017<br>04/01/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016466916<br>04/14/2017 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | **Federal** | **OH State** |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 5 Mns 18 Dys<br>Longevity: 14 Yrs 5 Mns 15 Dys<br>Sen Credits: 429<br>Inst Credits: 380 | Employee ID: 10057021  Empl Rcd: 0<br>Department: DRC210300<br>Location: Grafton Correctional Inst<br>Job Title: Correction Officer<br>Pay Rate: $22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Exempt | N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Roll Call Pay | 22.090000 | 4.50 | 99.41 | 33.00 | 729.02 | Fed MED/EE | 25.76 | 246.11 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 504.00 | 11,133.36 | OH Withholdng | 38.03 | 400.14 |
| Sick Leave at 70 Percent | 15.463000 | 8.00 | 123.70 | 8.00 | 123.70 | OH GRAFTON Withholdng | 26.65 | 254.59 |
| Laundry Uniform Pay | | | 7.70 | | 61.60 | OH LORAIN Withholdng | 17.77 | 169.71 |
| Extra Hours Paid at Straight | 22.090000 | 0.20 | 4.42 | 13.40 | 296.02 | Fed Withholdng | 0.00 | 478.15 |
| Overtime | 33.135000 | 1.90 | 62.96 | 65.40 | 2,167.04 | | | |
| CompTime Earned | | | 0.00 | 14.10 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 | | | |
| **TOTAL:** | | 86.60 | 1,888.67 | 781.90 | 17,868.42 | **TOTAL:** | 108.21 | 1,548.70 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Retirement | 188.10 | 1,780.68 | OCSEA Union Dues | 22.09 | 176.72 | Retirement | 263.34 | 2,492.96 |
| Health Insurance | 111.92 | 895.36 | Trsr People Qualified AFSCME | 1.00 | 8.00 | Health Insurance | 633.12 | 5,064.96 |
| Deferred Compensation | 15.00 | 120.00 | Garnish-Writ | 398.09 | 398.09 | Union Benefits Trust 1 | 82.00 | 328.00 |
| | | | Union Computer Purchase Progra | 25.65 | 205.20 | Disability Insurance | 14.14 | 113.12 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 111.28 | | | |
| | | | Colonial Life Hlth Accident | 0.00 | 159.44 | | | |
| **TOTAL:** | 315.02 | 2,796.04 | **TOTAL:** | 474.65 | 1,058.73 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,888.67 | 1,573.65 | 108.21 | 789.67 | 990.79 |
| YTD | 17,868.42 | 15,072.38 | 1,548.70 | 3,854.77 | 12,464.95 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 16.42 | | Checking | *************5074 | 50.00 |
| Vacation | 6.90 | 74.10 | | Checking | *************1797 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Savings | *************8638 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | *************5886 | 50.00 |
| Personal | 8.00 | 26.20 | | Checking | *************9477 | 790.79 |
| 240Hr365Ex | 0.00 | 7.01 | | | | |
| | | | | TOTAL: | | 990.79 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>04/02/2017<br>04/15/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016516452<br>04/28/2017 | |
|---|---|---|---|---|---|---|---|
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 6 Mns 1 Dys<br>Longevity: 14 Yrs 5 Mns 29 Dys<br>Sen Credits: 430<br>Inst Credits: 381 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021  Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | | Federal<br>Exempt | OH State<br>N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Overtime | 33.135000 | 6.90 | 228.63 | 72.30 | 2,395.67 | Fed MED/EE | 29.03 | 275.14 |
| Roll Call Pay | 22.090000 | 5.00 | 110.46 | 38.00 | 839.48 | OH Withholdng | 45.81 | 445.95 |
| Regular Pay | 22.090000 | 80.00 | 1,767.20 | 584.00 | 12,900.56 | OH GRAFTON Withholdng | 30.03 | 284.62 |
| Laundry Uniform Pay | | | 7.70 | | 69.30 | OH LORAIN Withholdng | 20.02 | 189.73 |
| CompTime Earned | | | 0.00 | 14.10 | 0.00 | Fed Withholdng | 0.00 | 478.15 |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Sick Leave at 70 Percent | | | 0.00 | 8.00 | 123.70 | | | |
| Vacation Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Extra Hours Paid at Straight | | | 0.00 | 13.40 | 296.02 | | | |
| TOTAL: | | 91.90 | 2,113.99 | 873.80 | 19,982.41 | TOTAL: | 124.89 | 1,673.59 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Retirement | 210.63 | 1,991.31 |
| Health Insurance | 111.92 | 1,007.28 |
| Deferred Compensation | 15.00 | 135.00 |
| TOTAL: | 337.55 | 3,133.59 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Trsr People Qualified AFSCME | 1.00 | 9.00 |
| OCSEA Union Dues | 22.09 | 198.81 |
| Garnish-Writ | 444.62 | 842.71 |
| Union Computer Purchase Progra | 25.65 | 230.85 |
| Colonial Life Hlth Accident | 39.86 | 199.30 |
| Benefits Trust Supp Life Ins | 0.00 | 111.28 |
| TOTAL: | 533.22 | 1,591.95 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Retirement | 294.88 | 2,787.84 |
| Health Insurance | 633.12 | 5,698.08 |
| Disability Insurance | 14.14 | 127.26 |
| Union Benefits Trust 1 | 0.00 | 328.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,113.99 | 1,776.44 | 124.89 | 870.77 | 1,118.33 |
| YTD | 19,982.41 | 16,848.82 | 1,673.59 | 4,725.54 | 13,583.28 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 19.52 | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 81.00 | | | | |
| OLDSK | 0.00 | 0.00 | | Checking | ************5074 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | ************1797 | 50.00 |
| Personal | 0.00 | 26.20 | | Savings | ************8638 | 50.00 |
| 240Hr365Ex | 0.00 | 7.01 | | Savings | ************5886 | 50.00 |
| | | | | Checking | ************9477 | 918.33 |
| | | | | TOTAL: | | 1,118.33 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>04/16/2017<br>04/29/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016576232<br>05/12/2017 | |
|---|---|---|---|---|---|---|---|
| | | | | | **TAX DATA:** | **Federal** | **OH State** |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 6 Mns 15 Dys<br>Longevity: 14 Yrs 6 Mns 12 Dys<br>Sen Credits: 431<br>Inst Credits: 382 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Exempt | N/A<br>2 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| CompTime Earned | | 1.50 | 0.00 | 15.60 | 0.00 | Fed MED/EE | 31.35 | 306.49 |
| Overtime | 33.135000 | 12.40 | 410.88 | 84.70 | 2,806.55 | OH Withholdng | 51.43 | 497.38 |
| Roll Call Pay | 22.090000 | 4.00 | 88.36 | 42.00 | 927.84 | OH GRAFTON Withholdng | 32.43 | 317.05 |
| Regular Pay | 22.090000 | 64.00 | 1,413.76 | 648.00 | 14,314.32 | OH LORAIN Withholdng | 21.62 | 211.35 |
| Laundry Uniform Pay | | | 7.70 | | 77.00 | Fed Withholdng | 0.00 | 478.15 |
| Vacation Leave | 22.090000 | 16.00 | 353.44 | 48.00 | 1,060.32 | | | |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Sick Leave at 70 Percent | | | 0.00 | 8.00 | 123.70 | | | |
| Extra Hours Paid at Straight | | | 0.00 | 13.40 | 296.02 | | | |
| TOTAL: | | 97.90 | 2,274.14 | 971.70 | 22,256.55 | TOTAL: | 136.83 | 1,810.42 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 226.64 | 2,217.95 | Trsr People Qualified AFSCME | 1.00 | 10.00 | Retirement | 317.30 | 3,105.14 |
| Health Insurance | 111.92 | 1,119.20 | OCSEA Union Dues | 22.09 | 220.90 | Health Insurance | 633.12 | 6,331.20 |
| Deferred Compensation | 15.00 | 150.00 | Garnish-Writ | 477.67 | 1,320.38 | Disability Insurance | 14.14 | 141.40 |
| | | | Union Computer Purchase Progra | 25.65 | 256.50 | Union Benefits Trust 1 | 0.00 | 328.00 |
| | | | Colonial Life Hlth Accident | 0.00 | 199.30 | | | |
| | | | Benefits Trust Supp Life Ins | 0.00 | 111.28 | | | |
| TOTAL: | 353.56 | 3,487.15 | TOTAL: | 526.41 | 2,118.36 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,274.14 | 1,920.58 | 136.83 | 879.97 | 1,257.34 |
| YTD | 22,256.55 | 18,769.40 | 1,810.42 | 5,605.51 | 14,840.62 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Sick | 3.10 | 22.62 | | | | |
| Vacation | 6.90 | 71.90 | | Checking | *************5074 | 50.00 |
| OLDSK | 0.00 | 0.00 | | Checking | *************1797 | 50.00 |
| Dis - New | 0.00 | 2,080.00 | | Savings | *************8638 | 50.00 |
| Personal | 0.00 | 26.20 | | Savings | *************5886 | 50.00 |
| 240Hr365Ex | 1.50 | 8.51 | | Checking | *************9477 | 1,057.34 |
| | | | | TOTAL: | | 1,257.34 |

MESSAGE:

State of Ohio

Columbus, OH 43215-3430

| ROCHELLE L JOHNSON<br>2335 Cleveland Blvd<br>Lorain, OH 44052-2307 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BDJ-Biweekly Delayed J<br>04/30/2017<br>05/13/2017 | | Business Unit:<br>Advice #:<br>Advice Date: | STATE<br>000000016626118<br>05/26/2017 | |
|---|---|---|---|---|---|---|---|
| | | | | | TAX DATA: | Federal | OH State |
| Barg Unit: 03<br>Cert Status: Permanent<br>Next Step Date: 04/27/2009<br>Group Life: $46,000.00 | Service: 16 Yrs 6 Mns 29 Dys<br>Longevity: 14 Yrs 6 Mns 26 Dys<br>Sen Credits: 432<br>Inst Credits: 383 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 10057021 Empl Rcd: 0<br>DRC210300<br>Grafton Correctional Inst<br>Correction Officer<br>$22.090000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Exempt | N/A<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Overtime | 33.135000 | 4.40 | 145.79 | 89.10 | 2,952.34 | Fed MED/EE | 27.83 | 334.32 |
| Roll Call Pay | 22.090000 | 5.00 | 110.45 | 47.00 | 1,038.29 | OH Withholdng | 42.91 | 540.29 |
| Regular Pay | 22.090000 | 72.00 | 1,590.48 | 720.00 | 15,904.80 | OH GRAFTON Withholdng | 28.79 | 345.84 |
| Laundry Uniform Pay | | | 7.70 | | 84.70 | OH LORAIN Withholdng | 19.19 | 230.54 |
| Vacation Leave | 22.090000 | 8.00 | 176.72 | 56.00 | 1,237.04 | Fed Withholdng | 0.00 | 478.15 |
| CompTime Earned | | | 0.00 | 15.60 | 0.00 | | | |
| Comptime OT Eligible Used | | | 0.00 | 24.00 | 530.16 | | | |
| Holiday Pay Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Holiday Worked | | | 0.00 | 16.00 | 530.16 | | | |
| Personal Leave | | | 0.00 | 8.00 | 176.72 | | | |
| Sick Leave | | | 0.00 | 32.00 | 706.88 | | | |
| Sick Leave at 70 Percent | | | 0.00 | 8.00 | 123.70 | | | |
| Extra Hours Paid at Straight | | | 0.00 | 13.40 | 296.02 | | | |
| TOTAL: | | 89.40 | 2,031.14 | 1,061.10 | 24,287.69 | TOTAL: | 118.72 | 1,929.14 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Retirement | 202.34 | 2,420.29 | OCSEA Union Dues | 22.09 | 242.99 | Retirement | 283.28 | 3,388.42 |
| Health Insurance | 111.92 | 1,231.12 | Trsr People Qualified AFSCME | 1.00 | 11.00 | Health Insurance | 633.12 | 6,964.32 |
| Deferred Compensation | 15.00 | 165.00 | Garnish-Writ | 427.52 | 1,747.90 | Union Benefits Trust I | 82.00 | 410.00 |
| | | | Union Computer Purchase Progra | 25.65 | 282.15 | Disability Insurance | 14.14 | 155.54 |
| | | | Benefits Trust Supp Life Ins | 27.82 | 139.10 | | | |
| | | | Colonial Life Hlth Accident | 0.00 | 199.30 | | | |
| TOTAL: | 329.26 | 3,816.41 | TOTAL: | 504.08 | 2,622.44 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,031.14 | 1,701.88 | 118.72 | 833.34 | 1,079.08 |
| YTD | 24,287.69 | 20,471.28 | 1,929.14 | 6,438.85 | 15,919.70 |

| LEAVE BALANCE | CURRENT | YTD | MESSAGES | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Sick | 3.10 | 25.72 | | Account Type | Account Number | Deposit Amount |
| Vacation | 6.90 | 70.80 | | | | |
| OLDSK | 0.00 | 0.00 | | Checking | **************9477 | 20.00 |
| Dis - New | 0.00 | 2,080.00 | | Checking | **************1797 | 50.00 |
| Personal | 0.00 | 26.20 | | Checking | **************5074 | 1,009.08 |
| 240Hr365Ex | 0.00 | 8.51 | | | | |
| | | | | TOTAL: | | 1,079.08 |

MESSAGE: